**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 26-MJ-43** |
| | : | |
| **JOMAAR TAYLOR,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **Defendant.** | : | **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| | : | |
| | : | **18 U.S.C. § 371** |
| | : | **(Conspiracy to Transport Stolen Vehicles)** |
| | : | |
| | : | **FORFEITURE: 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), 18 U.S.C. § 981(d), 28 U.S.C. § 2461(c)** |

## INFORMATION

The United States charges that:

At times material to this Information:

## INTRODUCTION

1. JOMAAR TAYLOR resided in Washington, D.C.

2. DEALERSHIP 1 was a car dealership located in Bel Air, Maryland that offered for sale a white Chevrolet Corvette, VEH-2.

3. DEALERSHIP 3 was a car dealership located in Waldorf, Maryland that offered for sale a black Chevrolet Corvette, VEH-5.

## COUNT ONE

4. On or about March 6, 2026, within the District of Columbia, **JOMAAR TAYLOR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Prince George's County, Maryland, Case Number C-16-CR-24-000815,

did unlawfully and knowingly receive and possess a firearm, that is, a Smith and Wesson M&P AR Style Rifle, Serial Number 31329, semi-automatic rifle, and did unlawfully and knowingly receive and possess ammunition, that is, 20 rounds of 5.56 mm caliber cartridges, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of 18 U.S.C. § 922(g)(1))

## COUNT TWO

5. Paragraphs 1 through 3 are incorporated here.

6. From in or about November 2025 through on or about December 12, 2025, within the District of Columbia and elsewhere, **JOMAAR TAYLOR**, CO-CONSPIRATOR 1 and other coconspirators known and unknown to the United States, did knowingly and willfully conspire, combine, confederate, and agree to commit an offense against the United States, that is, violations of Title 18, United States Code, Section 2312 (transportation of stolen vehicles), in violation of Title 18, United States Code, Section 371 (conspiracy).

### Purpose of the Conspiracy

7. It was a purpose of the conspiracy for JOMAAR TAYLOR and CO-CONSPIRATOR 1 to transport stolen vehicles across state lines.

### Manner and Means of the Conspiracy

8. The manner and means by which this purpose was carried out included JOMAAR TAYLOR and CO-CONSPIRATOR 1 driving to Maryland and reprogramming key fobs on Chevrolet Corvettes using a programming device for the purpose of transporting stolen Chevrolet Corvettes back to Washington, D.C. without purchasing them.

Overt Acts

9. In furtherance of the conspiracy, and in order to effect the object thereof, JOMAAR TAYLOR and CO-CONSPIRATOR 1, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to the following.

10. On or about December 7, 2025, JOMAAR TAYLOR drove with CO-CONSPIRATOR 1 to DEALERSHIP 1 located in Bel Air, Maryland, reprogrammed the key fob for a white Chevrolet Corvette, and drove the stolen vehicle back to Washington, D.C. without purchasing it.

11. On or about December 12, 2025, JOMAAR TAYLOR drove with CO-CONSPIRATOR 1 to DEALERSHIP 3 located in Waldorf, Maryland, reprogrammed the key fob on a black Chevrolet Corvette and drove the stolen vehicle back to Washington, D.C. without purchasing it.

(**Conspiracy to Transport Stolen Vehicles**, in violation of 18 U.S.C. § 371)

**FORFEITURE ALLEGATION**

10. Upon conviction of the offenses alleged in Count One and Count Two of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), each of the following items:

(1) Smith & Wesson M&P 15, 5.56 mm, rifle (S/N: SR31329)

(1) 20 round capacity magazine

(20) 5.56 mm cartridges

(1) 4” 9x19 (9 mm) pistol barrel

(1) LF43 Pistol slide

(6) Gun parts (pistol)

(1) Pro mag rifle foregrip

(2) Diplomat License Plates (S/N: DNXB990)

(1) Diplomat License Plate (S/N: DNXT391)

(1) Orange window breaker/seatbelt cutter tool

(4) “Brightstar” diagnostic tools

$9,700

$6,051

(1) Glock 43X, 9 mm, pistol (S/N: BLAP128)

(1) One round in chamber

(1) 10 round capacity magazine

(9) 9mm cartridges

(1) TOPDON T-Ninja Pro with cord (S/N: 18004215A10029)

(1) “RYOBI” drill

(1) “RYOBI” grinder

(1) CONSDOR K518 PRO with cord (PSN: 11025751)

(1) Red AUTEL MaxilM KM 100 (FCC ID: WQ8IMKM100)

(1) Blue AUTEL MaxilM 1M508 (FCC ID: WQ8-1610MX808)

(1) Blue AUTEL MaxilM IM508 (FCC ID: WQ8-1610MX808)

(1) Blue AUTEL XP200 (FCC ID: WQ8MXPRGXP201)

(1) Red AUTEL MaxiVCI V200 (FCC ID: WQ8BATSTBV200)

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), Title 18, United States Code, Section 981(d), Title 28, United States Code, Section 2461(c))

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: */s/ Kevin Reddington*
KEVIN C. REDDINGTON
Assistant United States Attorney
CA Bar No. 336904
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8977
Email: kevin.reddington@usdoj.gov